CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
FEB 22 2021
JULIA C. DUDLEY, CLERK
BY: s/ H. MCDONALD
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 4:21-cr-2 |
| v. | ) | |
| | ) | |
| BOBBY LEE JAMES, | ) | By:   Michael F. Urbanski |
| Defendant. | ) | Chief United States District Judge |

### ORDER

This matter was referred to the Honorable Robert S. Ballou, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(3), for the purpose of conducting a plea hearing and a plea colloquy under Rule 11 of the Federal Rules of Criminal Procedure and preparing proposed findings of fact and a recommendation as to the acceptance of such plea as tendered. The Magistrate Judge filed a report and recommendation on February 2, 2021, recommending that defendant's plea of guilty to Counts One and Two of the Information be accepted. No objections to the report and recommendation have been filed, and the court is of the opinion that the report and recommendation should be adopted in its entirety. Accordingly, it is **ORDERED** that the report and the findings and recommendation contained therein are **ADOPTED**, defendant's plea of guilty to Counts One and Two of the Information and the plea agreement are **ACCEPTED**, and the defendant is adjudged **GUILTY** of the offenses charged in Counts One and Two of the Information.

It is **SO ORDERED**.

Entered:   February 22, 2021

Michael F. Urbanski

*Michael F. Urbanski*
*Chief U.S. District Judge*
*2021.02.22 09:56:44*
*-05'00'*

Chief United States District Judge